IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LYNN JEWEL GIBBS,                    :

            Plaintiff,               :

      v.                             :        1:09-cv-840-CAM

IRWIN MORTGAGE CORPORATION,          :
et al.,
                                     :

            Defendants,

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 07 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## ORDER

The above-styled action is before the court on Plaintiff's motion to dismiss without prejudice [# 17].


In her motion, Plaintiff admits that "there are some considerable defects in her pleadings that would cause to come into question the jurisdiction of this court to proceed" in this case.  Plaintiff states that, "to keep from any further time of this court to be needlessly wasted, [she] moves for this action to be immediately dismissed without prejudice." In light of Plaintiff's pro se status, without addressing the merits of this case, the court hereby GRANTS Plaintiff's motion.

In view of this court's above holding, all pending motions are hereby DENIED as MOOT.


The Clerk of the court is DIRECTED to CLOSE this case.

SO ORDERED, this 7th day of May, 2009.

UNITED STATES DISTRICT JUDGE
CHARLES A. MOYE, JR.

CAM:S